KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6838
   Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00382 VRW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 28, 2005 TO JULY 12, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) | |
| ADRIAN CORDOZO-LOZANO, a/k/a Adrian Cordozo Lozano, a/k/a Adrian Oswaldo Lozano, | ) | |
| Defendant. | ) | |

   The parties appeared before the Court on June 28, 2005. With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an initial appearance date of July 12, 2005, at 10:30 a.m., before the Honorable Vaughn R. Walker, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 28, 2005 to July 12, 2005. The parties agreed, and the Court found and held, as follows:

   1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

STIPULATION AND ORDER
CR 05-00382 VRW

1  2. Given these circumstances, the Court found that the ends of justice served by excluding
2  the period from June 28, 2005 to July 12, 2005, outweigh the best interest of the public and the
3  defendant in a speedy trial. Id. § 3161(h)(8)(A).
4  3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
5  June 28, 2005 to July 12, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C.
6  § 3161(h)(8)(A) & (B)(iv).
7  4. The Court scheduled a status hearing date of July 12, 2005, at 10:30 a.m., before the
8  Honorable Vaughn R. Walker.
9  IT IS SO STIPULATED.

DATED: 7/1/05

CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: 7/3/05

JOSH COHEN
Attorney for Adrian Cordozo-Lozano

IT IS SO ORDERED.

DATED: 7/26/05

HON. ~~NANDOR J. VADAS~~   EDWARD M. CHEN
United States Magistrate Judge

STIPULATION AND ORDER
CR 05-00382 VRW                            2